Case 1:12-cr-00384-KMW    Document 345-1    Filed 05/26/26    Page 1 of 3

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/27/26_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

CLIFFORD TODD BARNES,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    :    PRELIMINARY ORDER OF
        FORFEITURE/
    :    MONEY JUDGMENT

    :    12 Cr. 384 (KMW)

WHEREAS, on or about May 14, 2012, CLIFFORD TODD BARNES (the "Defendant"), among others, was charged in an Indictment, 12 Cr. 384 (KMW) (the "Indictment"), with conspiracy to transport stolen goods, in violation of Title 18, United States Code, Section 371 (Count One); conspiracy to receive stolen goods, in violation of Title 18, United States Code, Section 371 (Count Two); and conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461;

WHEREAS, on or about July 9, 2013, the Defendant pled guilty to Counts One through Three of the Indictment pursuant to a plea agreement with the Government;

WHEREAS, the Government asserts that $600,000 in United States currency represents property constituting, or derived from proceeds traceable to the commission of the offenses charged in Counts One through Three of the Indictment that the Defendant personally obtained;

WHERES, on or about April 15, 2024, the Defendant was sentenced and the Court orally imposed a forfeiture money judgment in the amount of $600,000.00 in United States

currency for the offenses charged in Counts One through Three of the Indictment to be joint and several with Defendant's co-defendants;

WHEREAS, the Government seeks the entry of a forfeiture order reflecting the orally imposed forfeiture money judgment in the amount of $600,000.00 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Indictment that the Defendant personally obtained, and for which the Defendant is jointly and severally liable with co-defendants Timothy McDorman, Michael McCaffrey, Peter Santos, Clifford Stringer, Rodney Scudder, Mark McCorrison, Stephen Bycholski and Gregory Ryan (collectively, the "Co-defendants") and the forfeiture money judgments entered against the Co-defendants in this case; and

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     As a result of the offenses charged in Counts One through Three of the Indictment, to which the Defendant pled guilty, pursuant to a plea agreement with the Government, a money judgment in the amount of $600,000.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with the Co-defendants and the forfeiture money judgments entered against the Co-defendants in this case.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, CLIFFORD TODD BARNES and shall be deemed part of the sentence of the Defendant and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____                    5/27/26
HONORABLE KIMBA M. WOOD                             DATE
UNITED STATES DISTRICT JUDGE